UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------

LUCIOUS GAMBLE,

        Plaintiff,

 -against-

HILTON WORLDWIDE HOLDINGS, INC., DOUBLETREE BY HILTON, TB1-8 LLC, NY 8TH AVE OPERATING TENANT LLC D/B/A DOUBLE TREE BY HILTON NEW YORK TIMES SQUARE SOUTH and APOLINAR ROBINSON,

        Defendants.

-----------------------------------

INDEX NO. 1:23-CV-4683

**RULE 7.1. CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Hilton Worldwide Holdings Inc., Doubletree by Hilton, TB1-8 LLC, and NY 8th Ave. Operating Tenant LLC D/B/A Doubletree by Hilton New York Times Square South submit the following corporate disclosure statement:

Hilton Worldwide Holdings, Inc. is a publicly-traded corporation (HLT). Hilton Worldwide Holdings Inc. is the ultimate parent company of the Hilton hospitality brand and the issuer of common stock and has no employees.

"Doubletree by Hilton" is a brand name, not an entity amenable to suit nor an entity with employees.

NY 8th Ave. Operating Tenant LLC D/B/A Doubletree by Hilton New York Time Square South is wholly owned by 525 8th Avenue Member LLC, a privately held limited liability corporation.

TB1-8 LLC is a subsidiary of Bridge Hotel Group LLC. Bridge Hotel Group is a privately held limited liability corporation.

Dated: October 27, 2023 New York, New York

/s/ Johane Severin
Johane Severin
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, NY  10022.3298
jseverin@littler.com
(212) 583-9600

*Attorneys for Defendant*